UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80639-CIV-MIDDLEBROOKS/WHITE
(08-80004-CR-MIDDLEBROOKS)



PABLO RIVAS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Movant Pablo Rivas' ("Rivas") *pro se* Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 ("§ 2255 Motion") (CV-DE 1), attacking his conviction and sentence imposed in Case No. 08-80004-CR-MIDDLEBROOKS.

This matter was referred to the Honorable United States Magistrate Judge Patrick A. White, who issued a Report and Recommendation (CV-DE 13) ("Report") recommending that Rivas' Motion to Vacate be dismissed as untimely. (CV-DE 13 at 21). Judge White filed his Report on December 14, 2011, and Rivas has not filed an objection to the Report. I have considered Judge White's Report, Rivas' § 2255 Motion, the United States' Answer (CV-DE 12), and am otherwise fully advised in the premises.

Having conducted an independent *de novo* review of the record in this case, I find that Judge White correctly determined that Rivas' Motion to Vacate should be dismissed

as untimely. Accordingly, for the reasons stated in the Report, and upon a careful, *de novo* review of the record, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report and Recommendation (CV-DE 13) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Petitioner's Motion to Vacate pursuant to 28 U.S.C. § 2255 (CV-DE 1) is **DISMISSED**. The Clerk of Court shall **CLOSE** this case and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 16 day of February, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge White;
Counsel of Record;
Pablo Rivas, *pro se*
Reg. No. 73012-004
Jesup FSL
Federal Correctional Institution
Inmate Mail/Parcels
2680 301 South
Jesup, GA 31599